# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2601
Lower Tribunal No. 22-CA-007513-O

_____

FOREMAN ELECTRIC SERVICES, INC.,

Appellant,

v.

LSQ FUNDING GROUP, L.C.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Vincent Falcone, III, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

WHITE, MIZE and BROWNLEE, JJ., concur.


Jerome Ramsaran, of Jerome Ramsaran, P.A., Miami, for Appellant.

Emily J. Lang and Kevin D. Fowler, of Foley & Lardner LLP, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED